# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:17-cr-0004 CMK |
| vs. | ORDER TO PAY |
| CHRISTOPHER L. COLLINS | |

The Defendant, having been found guilty of Count 1, after entry of a no contest plea thereto, is

ORDERED TO PAY a fine in the sum of $325.00 and a penalty assessment of $25.00 for total of $350.00 on or before January 1, 2018, to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.

DATED: November 28, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE